478 A.2d 110

Commonwealth v. Dilbeck, Appellant.
Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted November 28, 1983. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.